# DECLARATION OF THERESA MARIE BROOKE

Theresa Marie Brooke declares under penalty of perjury as follows:

1. I am competent to testify as to all of the facts set forth herein and will so testify if called upon to do so. I have personal knowledge of the matters set forth herein, based upon my observations and personal participation in the events described below.

2. I am the Plaintiff in the above-captioned case. I am seeking $4,000.00 in Unruh damages in this case.

3. In the past twelve months preceding the filing of this case, my attorney Peter Kristofer Strojnik has filed 10 or more construction-related accessibility violation complaints on my behalf and at my direction, with me as the named plaintiff.

4. I have never filed a construction accessibility complaint to my recollection. My attorney files these cases on my behalf.

5. Section (b)(1) of CCP 425.55 defines a high frequency litigant as a "***plaintiff who has filed 10 or more complaints*** alleging a construction-accessibility violation within the 12-month period immediately preceding the filing of the current complaint alleging a construction-related accessibility violation."

6. I declare the foregoing is true and correct under the penalty of perjury to the best of my knowledge, recollection and information.

Further the declarant sayeth naught.

DATED this 5th day of June, 2025.

*[signature]*

_____
Theresa Marie Brooke