UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>         Plaintiff,<br><br>v.<br><br>INN AT THE BEACH, LLC,<br><br>         Defendant. | Case No. 2:25-cv-04598-SB-AS<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

    On December 18, 2025, the Court granted Plaintiff's unopposed motion to continue the hearing on the motion to reopen and enforce the settlement based on Plaintiff's counsel's representation that the parties had resolved the dispute and that "a Notice of Voluntary Dismissal With Prejudice will be filed well before the new January 9 hearing date." Dkt. No. 46-1. The Court's December 18 order stated: "The request to continue the December 19 hearing to January 9, 2026 in Courtroom 6C is granted. All parties and their respective clients shall appear in person." Dkt. No. 47. Plaintiff did not voluntarily dismiss the case, and the Court—in any event—did not vacate the hearing.

    On January 9, both counsel and their clients failed to appear at the scheduled hearing. This failure compounds the Court's previously expressed concerns "about the conduct of both parties and their respective counsel," particularly given the lack of professionalism displayed in a dispute over a $3,500 settlement. Dkt. No. 45. The parties' failure to cooperate and conduct themselves appropriately has unnecessarily diverted scare judicial resources.

    Both counsel are ORDERED to show cause at a hearing in Courtroom 6C at 8:30 a.m. on January 23, 2026, why they and their respective clients, who also failed to appear as ordered, should not be sanctioned under Federal Rule of Civil Procedure 16(f). *See* Fed. R. Civ. P. 16(f) (permitting sanctions where a party

1

"fails to appear at a scheduling or other pretrial conference" or "fails to obey a scheduling or other pretrial order"). Counsel shall file written responses to the order to show cause (OSC) no later than 10:00 a.m. on January 16. The written responses shall also state whether counsel have ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order. There shall be no remote appearances.

Date: January 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge